UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      ORDER
v.                    10-cr-215A

JEFFREY A. WAINWRIGHT,

                Defendant.

---

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On December 10, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant Jeffrey A. Wainwright's motion to suppress statements be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant Jeffrey A Wainwright's motion to suppress statements is denied.

This case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

                                      *s/ Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT JUDGE

DATED: January 25, 2013